UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

COURTNEY SCHMARJE, individually and on
behalf of all others similarly situated,

    Plaintiff,

Case No.: 12-cv-00339

vs.

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between the plaintiff, Courtney Schmarje, and defendant, Franklin Collection Service, Inc, through their undersigned counsel that:

1. Plaintiff Courtney Schmarje's complaint against Franklin may be dismissed on the merits, with prejudice, and without costs or fees to either party.

2. The class claims alleged in the plaintiff's complaint may be dismissed without prejudice.

Dated this 20 day of June, 2012

    /s/ Corey Mather
    Corey Mather
    State Bar No. 1046210
    Attorneys for Plaintiff Courtney Schmarje
    Ademi & O'Reilly, LLP
    3620 E. Layton Avenue
    Cudahy, WI 53110
    Phone No.: 414-482-8000
    Fax No.: 414-482-8001
    E-mail Address(es): cmather@ademilaw.com

16598673v1 0934331

Dated this  20  day of   June   , 2012.

                              /s/ David J. Hanus  
                              David J. Hanus  
                              State Bar No. 1027901  
                              Attorneys for Defendant FRANKLIN COLLECTION SERVICE, INC.  
                              HINSHAW & CULBERTSON LLP  
                              100 E. Wisconsin Avenue  
                              Suite 2600  
                              Milwaukee, WI 53202  
                              Phone No.: 414-276-6464  
                              Fax No.: 414-276-9220  
                              E-mail Address(es): dhanus@hinshawlaw.com