UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

COURTNEY SCHMARJE, individually and on
behalf of all others similarly situated,

    Plaintiff,

Case No.: 12-cv-00339

vs.

FRANKLIN COLLECTION SERVICE, INC.,

    Defendant.

---

## ORDER FOR DISMISSAL
---

Based upon the Stipulation For Dismissal agreed to and filed by the parties in the above-captioned matter:

IT IS HEREBY ORDERED that:

1. Plaintiff Courtney Schmarje's complaint against Franklin is dismissed on the merits, with prejudice, and without costs or fees to either party.

2. The class claims alleged in the plaintiff's complaint are dismissed without prejudice.

Dated at Milwaukee, Wisconsin, this _____ day of _____, 2012.

BY THE COURT:

_____
Honorable Patricia J. Gorence
United States Magistrate Judge

16598674v1 0934331